**1252**

COMMONWEALTH of Pennsylvania, Respondent

v.

Joseph Jude OLIVER, Petitioner.

Supreme Court of Pennsylvania.

June 17, 2003.

Joseph Jude Oliver, petitioner pro se.

Mark Carlyle Baldwin; Iva C. Dougherty, Berks County Dist. Atty. Office, Reading, for Com. of PA, respondent.

### *ORDER*

PER CURIAM.

AND NOW, this 17th day of June, 2003, the Petition for Allowance of Appeal is granted and the matter is remanded to the Superior Court for review of the merits of the issues that Petitioner raised in his PCRA petition. *See Commonwealth v. Lantzy*, 558 Pa. 214, 736 A.2d 564 (1999).